UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| PC COMA LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>HP Inc.,<br><br>          Defendant. | Case No. 4:19-cv-00989-PJH<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff PC Coma LLC ("Plaintiff") and Defendant and Counterclaim-Plaintiff HP Inc. ("HP") announced to the Court that they have resolved Plaintiff's claims for relief against HP asserted in this case and HP's claims, defenses and/or counterclaims for relief against Plaintiff asserted in this case. Plaintiff and HP have therefore requested that the Court dismiss Plaintiff's claims for relief against HP with prejudice and HP's claims, defenses and/or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against HP are dismissed with prejudice and HP's claims, defenses and/or counterclaims for relief against Plaintiff are dismissed without prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Dated: August 29, 2019

_____
Phyllis J. Hamilton
United States District Judge